ACCEPTED
04-15-00059-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/14/2015 2:35:18 PM
KEITH HOTTLE
CLERK

**IN THE COURT OF APPEALS**
**FOR THE 4TH DISTRICT, AT SAN ANTONIO, TEXAS**
**CAUSE NUMBER 04-15-00059-CV**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/14/2015 2:35:18 PM
KEITH E. HOTTLE
Clerk

**YVONNE E. PERRYMAN, APPELLANT**

**V.**

**CECILIA A. ROBINSON AND CECIL L. JONES, JR., APPELLEES**

# NOTICE OF INTENT TO ABANDON APPEAL

Appellant Yvonne E. Perryman files this statement indicating that she no longer desires to pursue this appeal.

Respectfully submitted,

By: /S/ *Kevin D. Hays*

Kevin D. Hays
State Bar ID Number:   24074381
Email:   Kevin@Hayslaw.net
321 Jackson
San Antonio, Texas 78212
Telephone:   (210) 226-4878
Facsimile:   (210) 807-8805
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on April 14, 2015 a true and correct copy of this notice was served by fax on Steven F. Woolridge at (210) 223-6372 and filed in the Trial Court.

/S/ *Kevin D. Hays*
Kevin D. Hays